# EXHIBIT A

**BRACH EICHLER LLC**
Bob Kasolas, Esq. (030492002)
Mark E. Critchley, Esq. (014112012)
101 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: 973-228-5700

Attorneys for Defendants

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>      Respondent,<br><br>v.<br><br>MICHAEL PETER HALPERIN, INDIVIDUALLY, AS OWNER, MANAGER, FOUNDER, AND DIRECTOR OF HFA HOLDINGS LLP, D/B/A, IP HORIZON INC.,<br><br>AND<br><br>MICHAEL PETER HALPERIN, D/B/A HFA HOLDINGS) LLP, A/K/A, D/B/A IP HORIZON INC., SKYETEL, CALL 48, MHLHTH HOLDINGS LLC, AND ALL HALPERIN'S CURRENTLY UNKNOWN SHELL COMPANIES,<br><br>AND<br><br>DOE TELEMARKETERS (1-20), ABC CORPORATIONS' (1-20), RESELLERS, CALL-CENTERS, WORKING WITH, BENEFITING FROM, PARTICIPATING IN, AFFILIATED OR DOING BUSINESS WITH THE NAMED DEFENDANTS; EACH ACTING INDIVIDUALLY, IN CONCERT OR AS A GROUP,<br><br>      Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br>DOCKET NO.:  BER-L-5354-23<br><br>Civil Action |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:** The Honorable Judge Peter G. Geiger of the Superior Court of New Jersey, Bergen County Justice Center, Civil Division, and to all Parties:

Pursuant to 28 U.S.C. § 1331, 1441, and 1446, Defendants Michael Peter Halperin, HFA Holdings LLC,[1] IP Horizon LLC,[2] Skye Telecom LLC d/b/a SkyeTel,[3] HFA Services LLC d/b/a Call 48,[4] and MHLHTH Holdings LLC, hereby provide notice that on February 23, 2024, they have filed a Notice of Removal of this action to the United States District Court for the District of New Jersey. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**. The state court action shall proceed no further unless and until remanded in accordance with 28 U.S.C. § 1446(d).

[Signature follows on the next page.]

---

[1] "HFA Holdings LLC," not "HFA Holdings LLP," is its proper legal name. *See* sunbiz.org, https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=HFAHOLDINGS%20L190001341750&aggregateId=flal-l19000134175-9a9d09c3-7cc6-4403-9843-d88213342627&searchTerm=HFA%20Holdings&listNameOrder=HFAHOLDINGS%20L190001341750 (last visited Feb. 20, 2024).

[2] "IP Horizon LLC," not "IP Horizon Inc.," is its proper legal name. *See* sunbiz.org, https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=IPHORIZON%20L180000258120&aggregateId=flal-l18000025812-05d5b9a5-774e-471f-99fe-c59eac73a356&searchTerm=IP%20Horizon&listNameOrder=IPHORIZON%20L180000258120 (last visited Feb. 20, 2024).

[3] "SkyeTel" is a d/b/a of Skye Telecom LLC. *See* FCC Form 499 Filer Database, https://apps.fcc.gov/cgb/form499/499detail.cfm?FilerNum=831772 (last visited Feb. 20, 2024).

[4] "Call48" is a d/b/a of HFA Services LLC. *See* sunbiz.org, https://dos.sunbiz.org/scripts/ficidet.exe?action=DETREG&docnum=G19000119854&rdocnum=G19000116369 (last visited Feb. 20, 2024).

**BRACH EICHLER LLC**

/s/ Bob Kasolas
Bob Kasolas, Esq.
Mark E. Critchley, Esq.

*Attorneys for Defendants*

Dated: February 23, 2024

- 3 -

- 4 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of February, 2024, I caused a copy of the foregoing document to be served upon Plaintiff, via first class mail, postage prepaid, and email, as follows:

Richard Zelma
940 Blanch Avenue
Norwood, New Jersey 07648
TCPALAW@optimum.net

*Plaintiff Pro Se*

               /s/ Bob Kasolas
               Bob Kasolas, Esq.

# **EXHIBIT A**