# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:24-cv-01059 |
| MICHAEL PETER HALPERIN, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mark E. Critchley, Esq. of the law firm Brach Eichler, LLC hereby enters his appearance as counsel for Defendants Michael Peter Halperin, HFA Holdings LLC, IP Horizon LLC, Skye Telecom LLC d/b/a SkyeTel, HFA Services LLC d/b/a Call48, and MHLHTH Holdings LLC in the above-captioned matter and requests that copies of all papers in this action be served upon him.

Dated: March 1, 2024

Respectfully submitted,

/s/ _Mark E. Critchley_____
Mark E. Critchley, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-5700
mcritchley@bracheichler.com

BE.15124424.1/HFA001-285213