UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Richard M. Zelma**<br>**Plaintiff**<br>Vs.<br>Michael Peter Halperin, ("Halperin") Individually, as owner, manager, founder and director of HFA Holdings LLP., d/b/a, IP Horizon Inc.,<br>and;<br>Michael Peter Halperin, d/b/a HFA Holdings LLP. ("HFA"), a/k/a, d/b/a, IP Horizon Inc., SkyeTel, Call48, MHLHTH Holdings LLC., and all of Halperins currently unknown shell companies<br>and;<br>DOE Telemarketers (1-20), ABC Corporations' (1-20), Resellers, Call-Centers, working with, benefiting from, participating in, affiliated or doing business with the named Defendants'; (Hereinafter "the Halperin Defs'.), each acting individually, in concert or as a group.<br>**Defendants'** | CIVIL ACTION NO. 2:24-cv-01059 -ES-JRA<br><br>Removed from the Superior Court of New Jersey Law Division, Bergen County;<br><br>Original Docket No. BER-L- 5354-23<br><br><br>**NOTICE OF MOTION TO REMAND PLAINTIFFS COMPLAINT BACK TO STATE COURT** |

**PLEASE TAKE NOTICE** that Plaintiff Richard M. Zelma has filed a Motion to Remand, pursuant to 47 U.S.C. §227 *et seq*; 28 U.S.C. §§1331, 1332, 1441 and 1446 *et seq* and all other applicable law, copies of which are attached hereto, with the United States District Court for the District of New Jersey.

1

Signature page follows

***/s/ Richard Zelma***  
RICHARD M. ZELMA  
Richard M. Zelma, *Pro Se*  
940 Blanch Avenue  
Norwood, New Jersey 07648  
Tel. No: 201 767 8153  
EMAIL: TCPALAW@OPTIMUM.NET

Dated: <u>March 8, 2024</u>