BRACH | EICHLER LLC

Mark E. Critchley
Direct Dial: 973-364-8339
Direct Fax: 973-629-1949
E-mail: mcritchley@bracheichler.com

November 17, 2026

**VIA ECF**
Hon. Esther Salas, U.S.D.J.
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: *Zelma v. Halperin, et al.* - Case No. 2:24-cv-01059-ES-JRA**
**Joint Request for Extension on Motion To Dismiss Third Amended Complaint**

Dear Your Honor:

We represent Defendants Michael Peter Halperin and IP Horizon LLC (collectively, "Defendants") in the above referenced matter. Defendants motion to dismiss Plaintiff's Third Amended Complaint is currently returnable December 7, 2026. Plaintiff's opposition is due November 23, 2026 and Defendants' reply is due November 30, 2026.

Under the current briefing schedule, Defendants would have to review the opposition and prepare their reply over the Thanksgiving holiday. As a result, Defendants respectfully request an extension so they have sufficient time to review Plaintiff's opposition and file reply papers. Plaintiff consents to this extension request.

I have conferred with Plaintiff and we respectfully request that the Court grant an extension and set a new briefing schedule as follows: (a) Plaintiff's opposition due November 30, 2026; and (b) Defendants' reply due December 14, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Mark E. Critchley

cc: Richard Zelma (via ECF)

**SO ORDERED.**

**Hon. Esther Salas, U.S.D.J.**
**Date: November 18, 2026**